# Exhibit "A"

**General Docket**
**United States Court of Appeals for the Eleventh Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 19-14434 | **Docketed:** 11/06/2019 |
| **Nature of Suit:** 3480 Consumer Credit | **Termed:** 04/21/2021 |
| Richard Hunstein v. Preferred Collection | |
| **Appeal From:** Middle District of Florida | |
| **Fee Status:** Fee Paid | |

**Case Type Information:**
   1) Private Civil
   2) Federal Question
   3) -

RICHARD HUNSTEIN,

Plaintiff - Appellant,

versus

PREFERRED COLLECTION AND MANAGEMENT SERVICES, INC.,

Defendant - Appellee.

| | | |
|---|---|---|
| 11/06/2019 | 12 pg, 278.78 KB | CIVIL APPEAL DOCKETED. Notice of appeal filed by Appellant Richard Hunstein on 11/05/2019. Fee Status: Fee Paid. Awaiting Appellant's Certificate of Interested Persons due on or before 11/20/2019 as to Appellant Richard Hunstein. Awaiting Appellee's Certificate of Interested Persons due on or before 12/04/2019 as to Appellee Preferred Collection and Management Services, Inc. [Entered: 11/19/2019 07:56 AM] |
| 11/14/2019 | | Appellate fee was paid on 11/14/2019 as to Appellant Richard Hunstein. [Entered: 11/19/2019 08:00 AM] |
| 11/19/2019 | 1 pg, 183.63 KB | APPEARANCE of Counsel Form filed by Thomas Martin Bonan for Richard Hunstein. [19-14434] (ECF: Thomas Bonan) [Entered: 11/19/2019 05:02 PM] |
| 11/19/2019 | 1 pg, 873.46 KB | TRANSCRIPT INFORMATION FORM SUBMITTED by Attorney Thomas Martin Bonan for Appellant Richard Hunstein. Transcript(s) ordered. [19-14434] (ECF: Thomas Bonan) [Entered: 11/19/2019 05:19 PM] |
| 11/19/2019 | 2 pg, 1.13 MB | Civil Appeal Statement filed by Attorney Thomas Martin Bonan for Appellant Richard Hunstein. [19-14434] (ECF: Thomas Bonan) [Entered: 11/19/2019 05:20 PM] |
| 11/19/2019 | | ERROR***TRANSCRIPT INFORMATION FORM PROCESSED. Transcript Order: Filer: Richard Hunstein, Court Reporter: Bill Jones.--Edited 11/22/2019 by GBF] [Entered: 11/22/2019 11:34 AM] |
| 11/19/2019 | 1 pg, 98.33 KB | TRANSCRIPT INFORMATION FORM PROCESSED. Transcript Order: Filer: Richard Hunstein, Court Reporter: Bill Jones, Proceeding Type and Date: Pre-Trial Proceedings 10/02/2019. [Entered: 11/22/2019 11:38 AM] |
| 11/20/2019 | 2 pg, 90.35 KB | Certificate of Interested Persons and Corporate Disclosure Statement filed by Attorney Thomas Martin Bonan for Appellant Richard Hunstein. On the same day the CIP is served, the party filing it must also complete the court's web-based stock ticker symbol certificate at the link here http://www.ca11.uscourts.gov/web-based-cip or on the court's website. See 11th Cir. R. 26.1-2(b). [19-14434] (ECF: Thomas Bonan) [Entered: 11/20/2019 04:37 PM] |
| 11/21/2019 | 1 pg, 526 KB | Court Reporter Acknowledgment filed. Transcript Order: Bill Jones, 11/19/2019, Richard Hunstein, Pre-Trial Proceedings 10/02/2019. [Entered: 11/22/2019 11:40 AM] |
| 11/26/2019 | 0 pg, 0 KB | Notice to Counsel of Record. **Counsel of Record must be logged in to CM/ECF and Pacer to access this document.** This is the only notice you will receive regarding this matter. Please print a copy for your file. [Entered: 11/26/2019 12:55 PM] |
| 12/11/2019 | | NOTICE OF CIP FILING DEFICIENCY to Robert Alexander Vigh for Preferred Collection and Management Services, Inc.. You are receiving this notice because you have not completed the Web-Based Stock Ticker Symbol CIP via the court's public web-page and have not filed the CIP via the electronic filing system (CM/ECF). Failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), return of deficient documents without action, or other sanctions on counsel, the party, or both. [Entered: 12/11/2019 02:08 PM] |
| 12/11/2019 | 1 pg, 699.24 KB | APPEARANCE of Counsel Form filed by Robert Alexander Vigh for Preferred Collection and Management Services, Inc.. [19-14434] (ECF: Robert Vigh) [Entered: 12/11/2019 02:59 PM] |
| 12/27/2019 | | TRANSCRIPTS FILED. Transcript Order: Court Reporter: Bill Jones, Filer: Richard Hunstein, Dt. all Trans. Filed: 12/20/2019, Proceeding Type and Date: Pre-Trial Proceedings 10/02/2019. [Entered: 12/27/2019 02:29 PM] |
| 12/30/2019 | 1 pg, 15.59 KB | Briefing Notice issued to Appellant Richard Hunstein. The appellant's brief is due on or before 01/29/2020. The appendix is due no later than 7 days from the filing of the appellant's brief. [Entered: 12/30/2019 08:21 AM] |
| 01/09/2020 | | NOTICE OF CIP FILING DEFICIENCY to Robert Alexander Vigh for Preferred Collection and Management Services, Inc.. You are receiving this notice because you have not completed the Web-Based Stock Ticker Symbol CIP via the court's public web-page and have not filed the CIP via the electronic filing system (CM/ECF). Failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), return of deficient documents without action, or other sanctions on counsel, the party, or both. [Entered: 01/09/2020 03:14 PM] |
| 02/07/2020 | | NOTICE OF CIP FILING DEFICIENCY to Robert Alexander Vigh for Preferred Collection and Management Services, Inc.. You are receiving this notice because you have not completed the Certificate of Interested Persons (CIP) via the electronic filing system (CM/ECF). Failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), return of deficient documents without action, or other sanctions on counsel, the party, or both. [Entered: 02/07/2020 10:10 AM] |
| 02/11/2020 | 2 pg, 37.04 KB | Certificate of Interested Persons and Corporate Disclosure Statement filed by Attorney Robert Alexander Vigh for Appellee Preferred Collection and Management Services, Inc.. On the same day the CIP is served, the party filing it must also complete the court's web-based stock ticker symbol certificate at the link here http://www.ca11.uscourts.gov/web-based-cip or on the court's website. See 11th Cir. R. 26.1-2(b). [19-14434] (ECF: Robert Vigh) [Entered: 02/11/2020 12:24 PM] |

| | | |
|---|---|---|
| 03/02/2020 | ☐ | Over the phone extension granted by clerk as to Attorney Thomas Martin Bonan for Appellant Richard Hunstein. Appellants brief due on 03/30/2020 as to Appellant Richard Hunstein. Appendix due on 04/06/2020 as to Appellant Richard Hunstein. [Entered: 03/02/2020 02:29 PM] |
| 03/30/2020 | ☐ 🖼<br>26 pg, 422.19 KB | Appellant's brief filed by Richard Hunstein. [19-14434] (ECF: Thomas Bonan) [Entered: 03/30/2020 04:46 PM] |
| 04/02/2020 | ☐ | Received paper copies of EBrief filed by Appellant Richard Hunstein. [Entered: 04/03/2020 11:37 AM] |
| 04/06/2020 | ☐ 🖼<br>82 pg, 15.09 MB | Appendix filed [1 VOLUMES] by Appellant Richard Hunstein. [19-14434] (ECF: Thomas Bonan) [Entered: 04/06/2020 01:56 PM] |
| 04/08/2020 | ☐ | Received paper copies of EAppendix filed by Appellant Richard Hunstein. 1 VOLUMES - 2 COPIES [Entered: 04/14/2020 11:46 AM] |
| 04/29/2020 | ☐ 🖼<br>30 pg, 83.82 KB | Appellee's Brief filed by Appellee Preferred Collection and Management Services, Inc.. [19-14434] (ECF: Robert Vigh) [Entered: 04/29/2020 04:12 PM] |
| 04/30/2020 | ☐ | Received paper copies of EBrief filed by Appellee Preferred Collection and Management Services, Inc.. [Entered: 05/01/2020 10:00 AM] |
| 05/18/2020 | ☐ | Over the phone extension granted by clerk as to Attorney Thomas Martin Bonan for Appellant Richard Hunstein. Updated Reply Brief. Due on 06/17/2020 as to Appellant Richard Hunstein. [Entered: 05/18/2020 01:11 PM] |
| 06/17/2020 | ☐ 🖼<br>20 pg, 372.35 KB | Reply Brief filed by Appellant Richard Hunstein. [19-14434] (ECF: Thomas Bonan) [Entered: 06/17/2020 02:37 PM] |
| 06/19/2020 | ☐ | Received paper copies of EBrief filed by Appellant Richard Hunstein. [Entered: 06/23/2020 10:39 AM] |
| 11/09/2020 | ☐ 🖼<br>1 pg, 13.13 KB | Assigned to tentative calendar number 12 in Jacksonville during the week of March 8, 2021. [Entered: 11/09/2020 10:05 AM] |
| 12/23/2020 | ☐ 🖼<br>2 pg, 96.29 KB | Calendar issued as to cases to be orally argued the week of 03/08/2021 in Jacksonville, Florida. Counsel are directed to electronically acknowledge receipt of this calendar by docketing the Calendar Receipt Acknowledged event in ECF. [Entered: 12/23/2020 09:29 AM] |
| 12/23/2020 | ☐ | Attorney Robert Alexander Vigh for Appellee Preferred Collection and Management Services, Inc. hereby acknowledges receipt of a copy of the printed calendar for 03/10/2021. Robert A. Vigh (813) 229-0115 will present argument. [19-14434] (ECF: Robert Vigh) [Entered: 12/23/2020 10:42 AM] |
| 12/23/2020 | ☐ | Oral argument scheduled. Argument Date: Wednesday, 03/10/2021 Argument Location: Jacksonville, FL. [Entered: 12/23/2020 03:22 PM] |
| 01/25/2021 | ☐ 🖼<br>1 pg, 6.82 KB | ORDER: You are hereby directed to file supplemental briefs addressing the following question: ENTERED FOR THE COURT - BY DIRECTION (See attached order for complete text) [Entered: 01/25/2021 11:42 AM] |
| 01/28/2021 | ☐ 🖼<br>2 pg, 42.84 KB | Public Communication: Initial Notice to Counsel Advising parties that oral arguments being held the Week of March 8, 2021 in Jacksonville, Florida will be conducted via zoom.. [Entered: 01/28/2021 09:03 PM] |
| 02/05/2021 | ☐ 🖼<br>16 pg, 127.74 KB | Appellee's Supplemental Brief filed by Appellee Preferred Collection and Management Services, Inc.. [19-14434] (ECF: Robert Vigh) [Entered: 02/05/2021 03:38 PM] |
| 02/05/2021 | ☐ 🖼<br>17 pg, 324.38 KB | Appellant's Supplemental Brief filed by Appellant Richard Hunstein. [19-14434] (ECF: Thomas Bonan) [Entered: 02/05/2021 04:06 PM] |
| 02/09/2021 | ☐ | Received paper copies of EBrief filed by Appellee Preferred Collection and Management Services, Inc.. [Entered: 02/12/2021 01:52 PM] |
| 02/10/2021 | ☐ | Attorney Thomas Martin Bonan for Appellant Richard Hunstein hereby acknowledges receipt of a copy of the printed calendar for 03/10/2021. Thomas M. Bonan, 813-321-2347 will present argument. [19-14434] (ECF: Thomas Bonan) [Entered: 02/10/2021 12:49 PM] |
| 02/12/2021 | ☐ | Received paper copies of EBrief filed by Appellant Richard Hunstein. [Entered: 02/16/2021 12:03 PM] |
| 03/10/2021 | ☐ | Oral argument held. Oral Argument participants were Thomas Martin Bonan for Appellant Richard Hunstein and Robert Alexander Vigh for Appellee Preferred Collection and Management Services, Inc.. [Entered: 03/10/2021 02:22 PM] |
| 04/21/2021 | ☐ 🖼<br>25 pg, 340.43 KB | Opinion issued by court as to Appellant Richard Hunstein. Decision: Reversed and Remanded. Opinion type: Published. Opinion method: Signed. The opinion is also available through the Court's Opinions page at this link http://www.ca11.uscourts.gov/opinions. (Opinion corrected on 5/5/2021.)--[Edited 05/05/2021 by JRP] [Entered: 04/21/2021 11:33 AM] |
| 04/21/2021 | ☐ | Judgment entered as to Appellant Richard Hunstein. [Entered: 04/21/2021 11:34 AM] |
| 04/26/2021 | | |

| | | |
|---|---|---|
| | ☐ 🖾<br>1 pg, 829.84 KB | APPEARANCE of Counsel Form filed by Richard J. Perr for Preferred Collection and Management Services, Inc. [19-14434] (ECF: Richard Perr) [Entered: 04/26/2021 03:59 PM] |
| 05/06/2021 | ☐ | Over the phone extension granted by clerk as to Attorney Richard Jay Perr for Appellee Preferred Collection and Management Services, Inc.. Created Awaiting petition for rehearing for civil appeal.. Due on 05/25/2021 as to Appellant Richard Hunstein. [Entered: 05/06/2021 01:44 PM] |
| 05/25/2021 | ☐ 🖾<br>53 pg, 810.52 KB | ***DOCKETED IN ERROR***Petition for rehearing en banc (with panel rehearing) filed by Appellee Preferred Collection and Management Services, Inc.. [19-14434]--[Edited 05/26/2021 by CB] (ECF: Richard Perr) [Entered: 05/25/2021 10:55 AM] |
| 05/25/2021 | ☐ | Notice of deficient Rehearing filed by Richard Jay Perr for Preferred Collection and Management Services, Inc. The Petition for Rehearing filed by you in the referenced appeal is deficient because it does not include the following items from the record as required by 11th Cir. R. 30-1: Corrupt E-filing. One or more pages in the filing are not viewable. FYI: Nuance PDF Software is not fully compatible with the court's system format; however, Adobe Acrobat PDF Software is. Flattening the file before uploading may resolve the issue. Please see E-Filing (CM/ECF) Information page on the Court's website for more information. Counsel shall make necessary corrections and refile the entire Petition for Rehearing within seven (7) days from this date. PLEASE DO NOT AMEND THE ORIGINAL CERTIFICATE OF SERVICE DATE. [Entered: 05/25/2021 01:24 PM] |
| 05/25/2021 | ☐ 🖾<br>53 pg, 808.84 KB | ***DOCKETED IN ERROR***Petition for rehearing en banc (with panel rehearing) filed by Appellee Preferred Collection and Management Services, Inc.. [19-14434]--[Edited 05/26/2021 by CB] (ECF: Richard Perr) [Entered: 05/25/2021 02:10 PM] |
| 05/25/2021 | ☐ | Notice of deficient Rehearing filed by Richard Jay Perr for Preferred Collection and Management Services, Inc. The Petition for Rehearing filed by you in the referenced appeal is deficient because it does not include the following items from the record as required by 11th Cir. R. 30-1: Corrupt E-filing. One or more pages in the filing are not viewable. FYI: Nuance PDF Software is not fully compatible with the court's system format; however, Adobe Acrobat PDF Software is. Flattening the file before uploading may resolve the issue. Please see E-Filing (CM/ECF) Information page on the Court's website for more information. Counsel shall make necessary corrections and refile the entire Petition for Rehearing within seven (7) days from this date. If additional assistance is required in filing this document, please contact the court ECF help desk. PLEASE DO NOT AMEND THE ORIGINAL CERTIFICATE OF SERVICE DATE. [Entered: 05/25/2021 04:53 PM] |
| 05/25/2021 | ☐ 🖾<br>53 pg, 812.75 KB | ***DOCKETED IN ERROR***Petition for rehearing en banc (with panel rehearing) filed by Appellee Preferred Collection and Management Services, Inc.. [19-14434]--[Edited 05/26/2021 by CB] (ECF: Richard Perr) [Entered: 05/25/2021 06:41 PM] |
| 05/26/2021 | ☐ | Notice of deficient Rehearing filed by Richard Jay Perr for Preferred Collection and Management Services, Inc. The Petition for Rehearing filed by you in the referenced appeal is deficient because it does not include the following items from the record as required by 11th Cir. R. 30-1: Corrupt E-filing. One or more pages in the filing are not viewable. FYI: Nuance PDF Software is not fully compatible with the court's system format; however, Adobe Acrobat PDF Software is. Flattening the file before uploading may resolve the issue. Please see E-Filing (CM/ECF) Information page on the Court's website for more information. Counsel shall make necessary corrections and refile the entire Petition for Rehearing within seven (7) days from this date. If additional assistance is required in filing this document, please contact the court ECF help desk. PLEASE DO NOT AMEND THE ORIGINAL CERTIFICATE OF SERVICE DATE. [Entered: 05/26/2021 10:38 AM] |
| 05/26/2021 | ☐ 🖾<br>53 pg, 1.97 MB | Petition for rehearing en banc (with panel rehearing) filed by Appellee Preferred Collection and Management Services, Inc.. [19-14434] (ECF: Richard Perr) [Entered: 05/26/2021 10:58 AM] |
| 05/27/2021 | ☐ 🖾<br>28 pg, 645.58 KB | ***FILED IN ERROR***MOTION to file amicus brief pursuant to FRAP 29(a) filed by Ronald S. Canter for Florida Creditors Bar Association. [9396629-1] [19-14434]--[Edited 06/02/2021 by CB] (ECF: Ronald Canter) [Entered: 05/27/2021 01:15 PM] |
| 05/27/2021 | ☐ 🖾<br>37 pg, 1.37 MB | MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by John Bedard for the Print and Mail Vendor Coalition. [9397077-1] [19-14434] (ECF: John Bedard) [Entered: 05/27/2021 04:31 PM] |
| 05/27/2021 | ☐ 🖾<br>28 pg, 645.58 KB | MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Ronald S. Canter for Florida Creditors Bar Association. [9397083-1] [19-14434] (ECF: Ronald Canter) [Entered: 05/27/2021 04:34 PM] |
| 05/27/2021 | ☐ 🖾<br>1 pg, 56.08 KB | APPEARANCE of Counsel Form filed by Manuel H. Newburger, The National Creditors Bar Association [19-14434] (ECF: Manuel Newburger) [Entered: 05/27/2021 05:32 PM] |
| 05/27/2021 | ☐ 🖾<br>25 pg, 404.39 KB | MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Manuel H. Newburger, The National Creditors Bar Association. [9397149-1] [19-14434]--[Edited 06/04/2021 by CB] --[Edited 06/10/2021 by CB] (ECF: Manuel Newburger) [Entered: 05/27/2021 05:36 PM] |
| 05/28/2021 | ☐ 🖾<br>1 pg, 55.32 KB | APPEARANCE of Counsel Form filed by Brit J. Suttell, Amicus Curiae [19-14434] (ECF: Brit Suttell) [Entered: 05/28/2021 12:04 PM] |
| 05/28/2021 | ☐ 🖾<br>5 pg, 168.39 KB | ***FILED IN ERROR***MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29 (a) filed by Brit J. Suttell for Amicus Curiae The New York State Creditors Bar Association. [9397688-1] [19-14434]--[Edited 05/28/2021 by CB] (ECF: Brit Suttell) [Entered: 05/28/2021 12:06 PM] |

| | | |
|---|---|---|
| 05/28/2021 | ☐ 🖼<br>26 pg, 467.52 KB | *MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Brit J. Suttell for Amicus Curiae The New York State Creditors Bar Association. [9397705-1] [19-14434] (ECF: Brit Suttell) [Entered: 05/28/2021 12:11 PM]* |
| 05/28/2021 | ☐ | Received paper copies of Amicus EBrief filed by Not Party The National Creditors Bar Association. [Entered: 06/02/2021 09:12 AM] |
| 05/28/2021 | ☐ | Received paper copies of Amicus EBrief filed by Not Party Print and Mail Vendor Coalition. [Entered: 06/02/2021 09:14 AM] |
| 06/01/2021 | ☐ 🖼<br>1 pg, 349.78 KB | APPEARANCE of Counsel Form filed by Kirsten H. Smith; Amici Transworld Systems Inc., et al. [19-14434] (ECF: Kirsten Smith) [Entered: 06/01/2021 10:51 AM] |
| 06/01/2021 | ☐ 🖼<br>28 pg, 295.63 KB | *MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Kirsten H. Smith; Amici Transworld Systems Inc., et al.. [9398667-1] [19-14434] (ECF: Kirsten Smith) [Entered: 06/01/2021 10:52 AM]* |
| 06/01/2021 | ☐ 🖼<br>1 pg, 115.94 KB | APPEARANCE of Counsel Form filed by Jadd Masso for LiveVox, Inc., amicus curiae [19-14434] (ECF: Jadd Masso) [Entered: 06/01/2021 11:34 AM] |
| 06/01/2021 | ☐ 🖼<br>1 pg, 56.08 KB | APPEARANCE of Counsel Form filed by Mitchell L Williamson Not Party [19-14434] (ECF: Mitchell Williamson) [Entered: 06/01/2021 11:45 AM] |
| 06/01/2021 | ☐ 🖼<br>5 pg, 108.74 KB | **Filed in error per counsel**MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Mitchell L Williamson for Amicus Curiae American Association of Healthcare Administrative Management. [9398798-1] [19-14434]--[Edited 06/01/2021 by TLR] (ECF: Mitchell Williamson) [Entered: 06/01/2021 11:49 AM]* |
| 06/01/2021 | ☐ 🖼<br>5 pg, 108.74 KB | ***FILED IN ERROR***MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Mitchell L Williamson for Amicus Curiae American Association of Healthcare Administrative Management. [9398818-1] [19-14434]--[Edited 06/04/2021 by CB] (ECF: Mitchell Williamson) [Entered: 06/01/2021 12:03 PM]* |
| 06/01/2021 | ☐ 🖼<br>24 pg, 279.91 KB | *MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Mitchell L. Williamson for American Association of Healthcare Administrative Management. [9398828-1] [19-14434] (ECF: Mitchell Williamson) [Entered: 06/01/2021 12:08 PM]* |
| 06/01/2021 | ☐ 🖼<br>28 pg, 72.94 KB | *MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Stefanie H. Jackman, amicus RevSpring, Inc.. [9398889-1] [19-14434] (ECF: Stefanie Jackman) [Entered: 06/01/2021 12:41 PM]* |
| 06/01/2021 | ☐ 🖼<br>1 pg, 53.53 KB | APPEARANCE of Counsel Form filed by William J. Denius for Missouri Creditors Bar, Inc. [19-14434] (ECF: William Denius) [Entered: 06/01/2021 12:45 PM] |
| 06/01/2021 | ☐ 🖼<br>1 pg, 53.32 KB | APPEARANCE of Counsel Form filed by David J. Weimer for Missouri Creditors Bar, Inc. [19-14434] (ECF: William Denius) [Entered: 06/01/2021 12:46 PM] |
| 06/01/2021 | ☐ 🖼<br>25 pg, 872.19 KB | *MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by William J. Denius for Missouri Creditors Bar, Inc.. [9398909-1] [19-14434] (ECF: William Denius) [Entered: 06/01/2021 12:51 PM]* |
| 06/01/2021 | ☐ 🖼<br>1 pg, 386.84 KB | APPEARANCE of Counsel Form filed by Stefanie H. Jackman, amicus RevSpring, Inc. [19-14434] (ECF: Stefanie Jackman) [Entered: 06/01/2021 12:55 PM] |
| 06/01/2021 | ☐ 🖼<br>2 pg, 102.36 KB | APPEARANCE of Counsel Form filed by Lauren Marshall Burnette for Amici Curiae Nineteen State Creditors Bar Associations [19-14434] (ECF: Lauren Burnette) [Entered: 06/01/2021 01:10 PM] |
| 06/01/2021 | ☐ 🖼<br>1 pg, 477.73 KB | APPEARANCE of Counsel Form filed by Leslie C. Bender for LiveVox, Inc. [19-14434] (ECF: Leslie Bender) [Entered: 06/01/2021 01:17 PM] |
| 06/01/2021 | ☐ 🖼<br>27 pg, 382.99 KB | *MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Lauren Marshall Burnette for Amici Curiae Nineteen State Creditors Bar Associations. [9398939-1] [19-14434] (ECF: Lauren Burnette) [Entered: 06/01/2021 01:40 PM]* |
| 06/01/2021 | ☐ 🖼<br>1 pg, 51.18 KB | APPEARANCE of Counsel Form filed by Jessica L. Klander for Consumer Relations Consortium [19-14434] (ECF: Jessica Klander) [Entered: 06/01/2021 01:41 PM] |
| 06/01/2021 | ☐ 🖼<br>1 pg, 54.56 KB | APPEARANCE of Counsel Form filed by John H. Bedard, Jr. for Print and Mail Vendor Coalition [19-14434] (ECF: John Bedard) [Entered: 06/01/2021 02:02 PM] |
| 06/01/2021 | ☐ 🖼<br>1 pg, 54.26 KB | APPEARANCE of Counsel Form filed by Michael K. Chapman for Print and Mail Vendor Coalition [19-14434] (ECF: Michael Chapman) [Entered: 06/01/2021 02:04 PM] |
| 06/01/2021 | ☐ 🖼<br>5 pg, 14.94 KB | ***FILED IN ERROR***MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Jessica L. Klander for Consumer Relations Consortium. [9399037-1] [19-14434]--[Edited 06/04/2021 by CB] (ECF: Jessica Klander) [Entered: 06/01/2021 02:08 PM]* |
| 06/01/2021 | | |

| | | |
|---|---|---|
| | ☐ 🖼 1 pg, 58.1 KB | APPEARANCE of Counsel Form filed by Manuel H. Newburger for The National Association of Professional Process Servers Manuel H. Mewburger for The National Creditors Bar Association. [19-14434] (ECF: Manuel Newburger) [Entered: 06/01/2021 02:22 PM] |
| 06/01/2021 | ☐ 🖼 24 pg, 449.84 KB | *MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Manuel H. Newburger for The National Association of Professional Process Servers. [9399072-1] [19-14434] (ECF: Manuel Newburger) [Entered: 06/01/2021 02:24 PM]* |
| 06/01/2021 | ☐ 🖼 26 pg, 159.15 KB | *MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Jessica L. Klander for Consumer Relations Consortium. [9399182-1] [19-14434] (ECF: Jessica Klander) [Entered: 06/01/2021 03:11 PM]* |
| 06/01/2021 | ☐ 🖼 34 pg, 560.83 KB | *MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Donald S. Maurice, Jr for Receivables Management Association International, Inc.. [9399221-1] [19-14434] (ECF: Donald Maurice) [Entered: 06/01/2021 03:26 PM]* |
| 06/01/2021 | ☐ 🖼 1 pg, 55.23 KB | APPEARANCE of Counsel Form filed by Donald S. Maurice, Jr., for Receivables Management Association International, Inc. [19-14434] (ECF: Donald Maurice) [Entered: 06/01/2021 03:28 PM] |
| 06/01/2021 | ☐ 🖼 1 pg, 18.88 KB | APPEARANCE of Counsel Form filed by Jason B. Tompkins for Receivables Management Association International, Inc. [19-14434] (ECF: Jason Tompkins) [Entered: 06/01/2021 03:48 PM] |
| 06/01/2021 | ☐ 🖼 1 pg, 18.3 KB | APPEARANCE of Counsel Form filed by Jonathan P. Hoffmann for Receivables Management Association International, Inc. [19-14434] (ECF: Jonathan Hoffmann) [Entered: 06/01/2021 03:51 PM] |
| 06/01/2021 | ☐ 🖼 1 pg, 105.14 KB | APPEARANCE of Counsel Form filed by Martin Brent Yarborough for Receivables Management Association International, Inc. [19-14434] (ECF: Martin Yarborough) [Entered: 06/01/2021 04:54 PM] |
| 06/01/2021 | ☐ 🖼 1 pg, 31.45 KB | APPEARANCE of Counsel Form filed by Misha Tseytlin for Third Party Payment Processors Association [19-14434] (ECF: Misha Tseytlin) [Entered: 06/01/2021 05:26 PM] |
| 06/01/2021 | ☐ 🖼 30 pg, 265.46 KB | *MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Misha Tseytlin for Third Party Payment Processors Association. [9399476-1] [19-14434] (ECF: Misha Tseytlin) [Entered: 06/01/2021 05:37 PM]* |
| 06/01/2021 | ☐ 🖼 26 pg, 79.52 KB | ****SEE CORRECTED MOTION FILLED 6/3/21***MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Jadd Masso for LiveVox, Inc.. [9399477-1] [19-14434]--[Edited 06/04/2021 by CB] (ECF: Jadd Masso) [Entered: 06/01/2021 05:38 PM]* |
| 06/01/2021 | ☐ 🖼 1 pg, 62.59 KB | APPEARANCE of Counsel Form filed by Ethan G. Ostroff for Third Party Payment Processors Association [19-14434] (ECF: Ethan Ostroff) [Entered: 06/01/2021 06:01 PM] |
| 06/01/2021 | ☐ 🖼 31 pg, 380.2 KB | *MOTION to file amicus brief pursuant to FRAP 29(a) filed by R. Aeron Chastain for American Bankers Association, American Financial Services Association, Chamber of Commerce of the United States, Consumer Bankers Association, Credit Union National Association, Housing Policy Council, Mortgage Bankers Association. [9399493-1] [19-14434] (ECF: R. Chastain) [Entered: 06/01/2021 06:09 PM]* |
| 06/01/2021 | ☐ 🖼 1 pg, 24.11 KB | APPEARANCE of Counsel Form filed by Shay Dvoretzky for ACA International [19-14434] (ECF: Shay Dvoretzky) [Entered: 06/01/2021 06:51 PM] |
| 06/01/2021 | ☐ 🖼 1 pg, 23.58 KB | APPEARANCE of Counsel Form filed by Parker A. Rider-Longmaid for ACA International [19-14434] (ECF: Parker Rider-Longmaid) [Entered: 06/01/2021 06:54 PM] |
| 06/01/2021 | ☐ 🖼 40 pg, 323.76 KB | *MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Shay Dvoretzky for ACA International. [9399499-1] [19-14434] (ECF: Shay Dvoretzky) [Entered: 06/01/2021 07:01 PM]* |
| 06/01/2021 | ☐ | Received paper copies of Amicus EBrief filed by Not Party RevSpring, Inc. [Entered: 06/03/2021 10:12 AM] |
| 06/01/2021 | ☐ | Received paper copies of Amicus EBrief filed by Not Party Florida Creditors Bar Association. [Entered: 06/03/2021 10:18 AM] |
| 06/01/2021 | ☐ | Received paper copies of Amicus EBrief filed by Not Party New York State Creditors Bar Association. [Entered: 06/03/2021 10:19 AM] |
| 06/02/2021 | ☐ 🖼 1 pg, 85.33 KB | Appearance of counsel form has not been processed. According to our records, Donald S. Maurice, Jr. for Receivables Management Association International, Inc is a member of the Eleventh Circuit bar in inactive status. Your appearance form will not be processed until your bar membership has been renewed. [Entered: 06/02/2021 07:40 AM] |
| 06/02/2021 | ☐ 🖼 1 pg, 508.44 KB | APPEARANCE of Counsel Form filed by Keith J. Barnett for Third Party Payment Processors Association [19-14434] (ECF: Keith Barnett) [Entered: 06/02/2021 10:27 AM] |
| 06/02/2021 | ☐ 🖼 2 pg, 7.28 KB | APPEARANCE of Counsel Form filed by Ronald S. Canter for proposed Amicus curiae Florida Creditors Bar Association [19-14434] (ECF: Ronald Canter) [Entered: 06/02/2021 12:19 PM] |
| 06/02/2021 | ☐ | Notice of deficient Appearance of Counsel filed by Ronald S. Canter for Florida Creditors Bar Association. Incorrect Document Attached to Event. Counsel must use the Court approved Appearance of Counsel form |

| | | |
|---|---|---|
| | | found on the public website. Counsel must file the correct Appearance of Counsel form within three days. [Entered: 06/02/2021 02:01 PM] |
| 06/02/2021 | ☐ 🖷 1 pg, 195.47 KB | APPEARANCE of Counsel Form filed by Ronald S. Canter for proposed amicus Florida Creditors Bar Association [19-14434] (ECF: Ronald Canter) [Entered: 06/02/2021 02:32 PM] |
| 06/02/2021 | ☐ 🖷 1 pg, 747.51 KB | APPEARANCE of Counsel Form filed by R. Aaron Chastain for American Bankers Association, American Financial Association, Chamber of Commerce of the United States, Consumer Bankers Association, Credit Union National Association, Housing Policy Council, Mortgage Bankers Association [19-14434] (ECF: R. Chastain) [Entered: 06/02/2021 02:54 PM] |
| 06/02/2021 | ☐ 🖷 1 pg, 184.93 KB | APPEARANCE of Counsel Form filed by Stephen C. Parsley for American Bankers Association, American Financial Association, Chamber of Commerce of the United States, Consumer Bankers Association, Credit Union National Association, Housing Policy Council, Mortgage Bankers Association [19-14434] (ECF: Stephen Parsley) [Entered: 06/02/2021 04:06 PM] |
| 06/02/2021 | ☐ | Received paper copies of Amicus EBrief filed by Not Party Arizona Creditors Bar Association. [Entered: 06/07/2021 09:42 AM] |
| 06/02/2021 | ☐ | Received paper copies of Amicus EBriefs filed by Not Parties ACA International, American Assocation of Healthcare Administrative Management, National Association of Professional Process Servers, Third Party Payment Processors Association and Transworld Systems Inc. [Entered: 06/07/2021 09:44 AM] |
| 06/03/2021 | ☐ 🖷 1 pg, 56.08 KB | APPEARANCE of Counsel Form filed by Scott S. Gallagher for Enhanced Recovery Company, LLC [19-14434] (ECF: Scott Gallagher) [Entered: 06/03/2021 10:54 AM] |
| 06/03/2021 | ☐ 🖷 33 pg, 1.18 MB | *MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Scott S. Gallagher for Enhanced Recovery Company, LLC. [9401222-1] [19-14434] (ECF: Scott Gallagher) [Entered: 06/03/2021 11:20 AM]* |
| 06/03/2021 | ☐ 🖷 26 pg, 79.32 KB | *CORRECTED motion for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Jadd Masso for LiveVox, Inc.. [9401856-1] [19-14434]--[Edited 06/04/2021 by CB] (ECF: Jadd Masso) [Entered: 06/03/2021 03:57 PM]* |
| 06/03/2021 | ☐ | Received paper copies of Amicus EBrief filed by Not Party Receivables Management Association International, Inc. [Entered: 06/07/2021 09:34 AM] |
| 06/03/2021 | ☐ | Received paper copies of Amicus EBrief filed by Not Party American Bankers Association. [Entered: 06/07/2021 09:35 AM] |
| 06/10/2021 | ☐ 🖷 1 pg, 52.16 KB | ORDER: The Amicus Curiaes' motion for leave to file an amicus brief in support of rehearing is GRANTED. - ENTERED FOR THE COURT - BY DIRECTION. [9401222-2], [9399499-2], [9399477-2], [9399476-2], [9399221-2], [9399182-2], [9399072-2], [9398939-2], [9398909-2], [9398889-2], [9398828-2], [9398667-2], [9397705-2], [9397083-2], [9397077-2], [9399493-2] (See attached order for complete text). [Entered: 06/10/2021 09:18 AM] |
| 06/10/2021 | ☐ 🖷 26 pg, 162.56 KB | Amicus Brief filed by Amicus Curiae ACA International. Service date: 06/10/2021 [Entered: 06/10/2021 09:20 AM] |
| 06/10/2021 | ☐ 🖷 21 pg, 226.42 KB | Amicus Brief filed by Amicus Curiae Alltran Financial, LP. Service date: 06/10/2021 [Entered: 06/10/2021 09:21 AM] |
| 06/10/2021 | ☐ 🖷 19 pg, 216.27 KB | Amicus Brief filed by Amicus Curiae American Assocation of Healthcare Administrative Management. [Entered: 06/10/2021 09:22 AM] |
| 06/10/2021 | ☐ 🖷 24 pg, 226.69 KB | Amicus Brief filed by Amicus Curiae American Bankers Association. Service date: 06/10/2021 [Entered: 06/10/2021 09:23 AM] |
| 06/10/2021 | ☐ 🖷 25 pg, 390.65 KB | Amicus Brief filed by Amicus Curiae Print and Mail Vendor Coalition. Service date: 06/10/2021 [Entered: 06/10/2021 09:26 AM] |
| 06/10/2021 | ☐ 🖷 22 pg, 272.63 KB | Amicus Brief filed by Amicus Curiae Florida Creditors Bar Association. Service date: 06/10/2021 [Entered: 06/10/2021 09:27 AM] |
| 06/10/2021 | ☐ 🖷 18 pg, 313.79 KB | Amicus Brief filed by Amicus Curiae National Association of Professional Process Servers. Service date: 06/10/2021 [Entered: 06/10/2021 09:29 AM] |
| 06/10/2021 | ☐ 🖷 21 pg, 237.02 KB | Amicus Brief filed by Amicus Curiae New York State Creditors Bar Association. Service date: 06/10/2021 [Entered: 06/10/2021 09:30 AM] |
| 06/10/2021 | ☐ 🖷 22 pg, 195.26 KB | Amicus Brief filed by Amicus Curiae RevSpring, Inc. Service date: 06/10/2021 [Entered: 06/10/2021 09:34 AM] |
| 06/10/2021 | ☐ 🖷 19 pg, 10.27 MB | Amicus Brief filed by Amicus Curiae Missouri Creditors, Inc. Service date: 06/10/2021 [Entered: 06/10/2021 09:35 AM] |
| 06/10/2021 | ☐ 🖷 18 pg, 202.86 KB | |

|  |  | Amicus Brief filed by Amicus Curium Arizona Creditors Bar Association, Attorneys Association of Alabama, Inc, California Creditors Bar Association, Colorado Creditors Bar Association, Inc and Creditors Rights Attorney Association Nevada. Service date: 06/10/2021 [Entered: 06/10/2021 09:38 AM] |
| 06/10/2021 | ☐ 🖼 21 pg, 275.84 KB | Amicus Brief filed by Amicus Curiae Consumer Relations Consortium. Service date: 06/10/2021 [Entered: 06/10/2021 09:39 AM] |
| 06/10/2021 | ☐ 🖼 24 pg, 289.56 KB | Amicus Brief filed by Amicus Curiae Receivables Management Association International, Inc. Service date: 06/10/2021 [Entered: 06/10/2021 09:40 AM] |
| 06/10/2021 | ☐ 🖼 22 pg, 159.95 KB | Amicus Brief filed by Amicus Curiae Third Party Payment Processors Association. Service date: 06/10/2021 [Entered: 06/10/2021 09:41 AM] |
| 06/10/2021 | ☐ 🖼 23 pg, 185.25 KB | Amicus Brief filed by Amicus Curiae Enhanced Recovery Company, LLC. Service date: 06/10/2021 [Entered: 06/10/2021 09:42 AM] |
| 06/10/2021 | ☐ 🖼 20 pg, 179.39 KB | Amicus Brief filed by Amicus Curiae LiveVox, Inc. Service date: 06/10/2021 [Entered: 06/10/2021 09:43 AM] |
| 06/10/2021 | ☐ | Removed from case: Attorney Kirsten H. Smith for Amicus Curiae The National Creditors Bar Association in 19-14434. [Entered: 06/10/2021 11:09 AM] |
| 06/14/2021 | ☐ 🖼 1 pg, 47.54 KB | ORDER: A judge of this Court withholds issuance of the mandate in this appeal. ENTERED FOR THE COURT - BY DIRECTION (See attached order for complete text) [Entered: 06/14/2021 12:55 PM] |
| 06/17/2021 | ☐ 🖼 1 pg, 52.24 KB | ORDER: The National Creditors Bar Association's motion for leave to file an amicus brief in support of rehearing is GRANTED. - ENTERED FOR THE COURT - BY DIRECTION. [9397149-2] (See attached order for complete text) [Entered: 06/17/2021 02:05 PM] |
| 06/17/2021 | ☐ 🖼 19 pg, 252.9 KB | Amicus Brief filed by Amicus Curiae The National Creditors Bar Association. Service date: 06/17/2021 [Entered: 06/17/2021 02:08 PM] |
| 06/25/2021 | ☐ 🖼 2 pg, 122.45 KB | Supplemental Authority filed by Appellee Preferred Collection and Management Services, Inc.. [19-14434] (ECF: Richard Perr) [Entered: 06/25/2021 02:24 PM] |
| 06/25/2021 | ☐ 🖼 56 pg, 336.33 KB | Supplemental Authority in Support of Rehearing filed by Amicus Curiae ACA International. [19-14434] (ECF: Shay Dvoretzky) [Entered: 06/25/2021 06:11 PM] |
| 06/29/2021 | ☐ 🖼 1 pg, 380.69 KB | APPEARANCE of Counsel Form filed by Bryan C. Shartle - Transworld Systems, Inc., Alltran Financial, LP; Nationwide Credit Inc., Radius Global Solutions, LLC; Credence Resource Management, LLC; Phoenix Financial Services, LLC; Pendrick Capital Partners, LLC; et al [19-14434] (ECF: Bryan Shartle) [Entered: 06/29/2021 12:20 PM] |